### VAIL V. MUMFORD.

*Indebitatus assumpsit* will not lie upon a judgment. It is no defense to an action against an absconding debtor that the persons copied, are not his agents or factors.

ACTION of *indebitatus assumpsit* upon a judgment brought against Mumford, as an absconding debtor — setting forth the judgment, execution and a return of *non est* upon it — also, it is averred, that said Mumford had secreted his property, and had absconded; whereupon the defendant became liable, etc. did assume, etc. copies were directed to be left with certain persons who were agents, factors, etc. of said Mumford.

Plea in bar — That said persons were not, nor are agents, etc. to the defendant.   Demurrer.

Judgment — Plea sufficient, upon the ground solely of the insufficiency of the declaration; for *indebitatus assumpsit* will not lie upon a judgment.   Cower 128.   For it is no objection to the plaintiffs having judgment against the defendant, that the persons copied are not his agents and factors.

### MINOR V. KNOWLES.

No damages are to be given in a prosecution on the statute for a forcible entry and detainer.

ERROR to reverse a judgment of two justices on an information *qui tam*, for a forcible entry and detainer, wherein the court awarded damages to the party.

Judgment reversed as to the damages only.

The statute is — That the party grieved shall recover treble damages and cost by action of trespass, etc. but no damages are to be given, on such information, for the forcible entry, etc.